UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBERT DOMINIC,<br><br>    Plaintiff,<br><br>  v.<br><br>CUSTODY DIVISION, et al.,<br><br>    Defendants. | No. 2:21-cv-1497 KJN P<br><br><br>ORDER |

  Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall submit a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  August 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/domi1497.3c+new

2